**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2022

**BY ECF**

The Honorable Vernon S. Broderick              The Honorable P. Kevin Castel
United States District Judge                    United States District Judge
Southern District of New York                   Southern District of New York
40 Foley Square                                 500 Pearl Street
New York, New York 10007                        New York, New York 10007

> Re:   *United States v. David Hattersley*, 19 Cr. 836 (VSB)
>       *United States v. David Hattersley*, 22 Cr. 586 (PKC)

Dear Judge Broderick and Judge Castel:

The Government respectfully submits this letter regarding the two above-referenced cases pending before the Court.

Defendant David Hattersley has indicated that he wishes to plead guilty in the Southern District of New York to: (i) Counts One through Six of Indictment 19 Cr. 836 (VSB), filed in the Southern District of New York, which has been pending before Judge Broderick since December 2019; and (ii) Count One of Indictment 19 Cr. 10404 (PBS), originally filed in the District of Massachusetts, which, upon its transfer pursuant to Rule 20 of the Federal Rules of Criminal Procedure, was designated as Indictment 22 Cr. 586 (PKC) in the Southern District of New York and was assigned to Judge Castel on November 7, 2022. On November 7, 2022, the Government requested that Judge Broderick schedule a change of plea hearing.

The Government respectfully submits this letter to inform the Court that the charges in Indictment 19 Cr. 836 (VSB) and Indictment 22 Cr. 586 (PKC) are related and that the parties

proceeded with the Rule 20 transfer in contemplation that both cases likely would be consolidated for the purposes of a change of plea hearing and sentencing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    <u>   /s/                    </u>
             Samuel P. Rothschild
             Assistant United States Attorney
             Southern District of New York
             (212) 637-2504

cc:    Sylvie Levine, Esq. (by ECF)