# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 17, 2023

**Via ECF and Email**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 10/18/2023

The sentencing scheduled for
November 3, 2023 is hereby
adjourned to February 2, 2024 at
2:00 PM.

**Re:   United States v. David Hattersley**
         **19 Cr. 836 (VSB)**
         **22 Cr. 586 (VSB)**

Dear Judge Broderick,

I write to respectfully request that the Court adjourn the sentencing in the above-captioned cases, which is currently scheduled for November 3, 2023, for approximately 90 days. Undersigned counsel is still compiling the mitigation materials necessary to effectively represent Mr. Hattersley at sentencing; the requested adjournment will allow us to complete that process.

The government by Assistant United States Attorney Sam Rothschild has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729

cc:    Sam Rothschild, United States Attorney's Office