**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 15, 2024

**Via ECF and Email**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 01/16/2024

The sentencing scheduled for February 2, 2024, is hereby adjourned to March 8, 2024 at 12:00 PM.

Re:   **United States v. David Hattersley**
      **19 Cr. 836 (VSB)**
      **22 Cr. 586 (VSB)**

Dear Judge Broderick,

    Mr. Hattersley is currently scheduled to be sentenced by Your Honor in the above-captioned cases on February 2, 2024. We write to request, first, that the Court adjourn the sentencing for approximately 30 days. We are in the final steps of preparing our mitigation materials and need a little more time to do so. The government, by Assistant United States Attorney Samuel Rothschild, has no objection to this request.

    Second, Mr. Hattersley has had a pending violation of supervised release (VOSR) pending before the Honorable Kimba M. Wood on docket number 18 Cr. 633 (KMW). Mr. Hattersley was presented on the VOSR on the same day as the instant case (January 17, 2020) and we have not had any further appearances on the VOSR, pending the outcome of the new case(s).

    Now that the new cases are ripe for sentencing, we intend to resolve the VOSR and expect Mr. Hattersley will face sentencing in that case as well. The conduct underlying the VOSR and the new cases took place in overlapping time frames, and relate to one another. As a result, our sentencing presentation will be largely the same in both cases. Therefore, we seek the Court's permission to transfer the VOSR case to Your Honor, to proceed to plea and sentence on the same date as the current cases. The government also has no objection to this request. We will file a letter with this same information before Judge Wood as well.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729